**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1-21-cv-02326-PAB

JENNIFER GERMANO, an individual

    Plaintiff(s),

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

    Defendant(s).

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Jennifer Germano, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and hereby notifies the Court that Plaintiff is dismissing this action in its entirety *with prejudice*.

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntary dismisses this action *with prejudice.*

2. Each party will bear its own costs and fees.

WHEREFORE, Plaintiff Jennifer Germano notices this Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that she is dismissing this action in its entirety *with prejudice*.

DATED: November 10, 2021

Respectfully submitted by:

*s/ Michael Nolt*
Igor Raykin, Esq.
Michael Nolt, Esq.
Kishinevsky & Raykin
2851 S. Parker Rd., Suite 150

Aurora, Colorado 80014
Phone: 720-767-1846; 720-588-9713
igor@coloradolawteam.com
michael@coloradolawteam.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.


*/s/ Michael Nolt*
Michael Nolt, Esq.